UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RONALD WARD and SAMUEL CHINNIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID GLADIEUX, in his official capacity as Allen County Sheriff,<br><br>Defendant. | Case No. 1:16-cv-00099-TLS-SLC |

## JOINT STIPULATION TO DISMISS

Plaintiffs, Ronald Ward and Samuel Chinnis, by counsel, and Defendant, David Gladieux, by counsel, submit their Joint Stipulation to Dismiss all claims in this suit with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Parties have reached a settlement in this suit, which includes Defendant's agreement to implement at the Allen County Jail the policies attached and incorporated into this stipulation. All parties to bear their own fees and costs.

Respectfully submitted,

/s/ David W. Frank
David W. Frank, #31615-02
Christopher C. Myers & Associates
809 S. Calhoun Street, Suite 400
Fort Wayne, IN 46802
Counsel for Plaintiffs

/s/ /J. Spencer Feighner
J. Spencer Feighner, #27099-02
Haller & Colvin, P.C.
444 E. Main Street
Fort Wayne, IN 46802
Counsel for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on the **9th** day of **May** 2018, a true and correct copy of the above and foregoing document was served via first-class U.S. Mail, postage prepaid, CM/ECF or courthouse mail to all registered counsel of record.

                                              /s/ David W. Frank
                                              David W. Frank

## INMATE MAIL POLICY

1. Photos found to be within the inmate photo policy will be allowed.
2. Incoming U.S. mail will have a complete return address including a complete name. Any incoming U.S. mail lacking a complete return address will be returned to sender.
3. Incoming U.S. mail will not have perfume/cologne or scent of any kind or it will be returned to sender.
4. Any unopened U.S. mail that appears to have been saturated in a liquid may be returned to sender at the discretion of command. Any letter that is opened and the contents appear to have been saturated with a liquid will be sent to the inmate's property when appropriate. The inmate will be notified in writing of the action taken.
5. Any U.S. mail containing a Card/Post Card of any kind is not authorized and will be returned to sender.
6. Mail will be written on white or yellow legal paper only. Stationary other than white or yellow legal paper is not authorized and will be placed into the inmate's property.
7. Letters will be written in standard blue or black ink only. Any letter written in pencil, marker, crayon, other colors, etc. will be placed into the inmate's property.
8. Letters will not contain any colorings, stickers, glue, tape, etc. Any letter with any of these items will be placed into the inmate's property.
9. No envelopes or postage can be received by an inmate through the U.S. mail. There is no exception to this. Any envelopes or postage received in the mail will be placed into the inmate's property.
10. Inmates at the Allen County Jail are allowed to correspond with inmates from other facilities and other inmates from within the Allen County Jail. All inmate to inmate correspondence is required to be mailed and delivered through the U.S. postal service.
11. There is no limit to the number of letters an inmate may send from this facility at his/her own expense.
12. There is no limit to the number of letters an inmate may receive.
13. After reading letters, the inmate may elect to keep up to fifteen letters. Any excess mail can either be placed into an inmate's property by the block officer or disposed of by the inmate.
14. No packages or parcels will be accepted and will be returned to sender.
15. U.S. postal money orders and cash will be accepted and credited to an inmate's account upon receipt in the U.S. mail. Any other form of money order or check will first require verification and approval prior to a credit to the inmate's account.

Mail will be approved/disapproved by the block officer. Any mail that is deemed questionable by the block officer will be cleared through command. This policy is subject to change at any time.

1029/683/00757791-2SLS

## INMATE PHOTO POLICY

Effective immediately, inmates at the Allen County Jail will be allowed to possess and receive photos in the U.S. mail with the following stipulations:

1. Photos will be no larger than 3" x 5" and will be no smaller than wallet size.
2. No more than 10 photos can be in an inmate's possession at a time. Any more than 10 will be turned in to an officer by the inmate to be placed in the inmate's property.
3. All photos will be kept in the inmate's property bag. No photos will be displayed in any manner in a cell.
4. No inmate can possess a photo depicting weapons, illegal activity, gang signs, gang emblems, gang graphics or overt gang colors/clothing.
5. No inmate can possess a photo that is offensive, vulgar, profane or sexually suggestive.
6. No photos that could compromise the safety/security or order of the jail and its staff will be authorized.
7. No Polaroid photos are authorized.
8. No double sided photos are authorized.
9. No collage photos are authorized. (Only one photo per photo page).
10. No inmate convicted of Zachary offenses or currently confined on Zachary offenses can be in possession of a photo of or depicting a minor.
11. Photos are subject to search and seizure at any time. If a photo is seized, the inmate will be provided written notification of the seizure and the reason for the seizure.

Photos will be approved/disapproved by the block officer. Any photo that is deemed questionable by the block officer will be cleared through command. This policy is subject to change at any time.

1029/683/00757791-2SLS

## INMATE CHILD VISITATION POLICY

1. Inmates will have the same privileges to receive visits from their minor children or minor relatives that they have to receive visits from any other non-restricted visitor.
2. An adult may be required to accompanying the child during the visit. The adult may be a parent, grandparent, aunt, uncle, adult sibling, adult cousin, or any other adult with legal authority to accompany the child.
3. Any accompanying adult may be required to show photo identification.
4. Any accompanying adult may be required to sign an affidavit or statement confirming the child is a relation of the inmate. However, the jail will not require vital documents such as a birth certification or other records in order for the child to visit the inmate.
5. The inmate may deny child visitation to any inmate convicted of a Zachary offense or currently confined on a Zachary offense.